UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00521

**Johnny Edmondson,**
*Petitioner,*

v.

**Director, TDCJ,**
*Respondent.*

# ORDER

Petitioner, a prisoner confined within the Texas Department of Criminal Justice, filed this pro se habeas action under 28 U.S.C. § 2254. Doc. 1. The case was referred to a magistrate judge (Doc. 3) who issued a report recommending that the court deny petitioner's habeas petition, dismiss the case with prejudice, and deny petitioner a certificate of appealability sua sponte. Doc. 6 at 5. The court mailed the report to petitioner at his last known address on April 7, 2025. However, Petitioner has not filed objections or otherwise communicated with the court since the filing of his petition. Proof of mailing "creates a presumption that it reached its destination in the usual time and was actually received by the person to whom it was addressed." *See Faciane v. Sun Life Assurance Co. of Can.*, 931 F.3d 412, 420 (5th Cir. 2019).

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Petitioner's habeas petition is denied, the case is dismissed with prejudice, and petitioner is denied a certificate of appealability sua sponte. Any pending motions are denied as moot.

- 2 -

*So ordered by the court on December 15, 2025.*

                              J. CAMPBELL BARKER
                              United States District Judge